ACCEPTED
03-17-00705-CV
21331200
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2017 3:56 PM
JEFFREY D. KYLE
CLERK

**No. 03-17-00705-CV**

_____

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2017 3:56:18 PM
JEFFREY D. KYLE
Clerk

_____

**IN RE UNITED PARCEL SERVICE, INC. AND MATTHEW ZANER**

**Relators.**

_____

**MOTION TO DISMISS PETITION FOR WRIT OF MANDAMUS**

_____

James M. "Jamie" Parker, Jr.
State Bar No. 15488710
Larry D. Warren
State Bar No. 20888450
Whitney Broadwater
State Bar No. 24082733

NAMAN HOWELL, SMITH & LEE, PLLC
10001 Reunion Place, Ste. 600
San Antonio, TX 78216
Tel: 210-731-6364
Facsimile: 210-785-2964
Email: jparker@namanhowell.com

**COUNSEL FOR RELATORS**

Doc# 64R2995.DOCX

**COMES NOW RELATORS, UNITED PARCEL SERVICE, INC AND MATTHEW ZANER,** and file this Motion to Dismiss and would show unto the Court as follows:

I.

On December 15, 2017, the trial court signed its order on the motion for reconsideration/clarification previously filed by Relators. Between the signing of the order and the Rule 11 agreement between the parties relating to the scope of discovery, the issues raised as a part of the mandamus petition have become moot. Relators therefore request that the Court dismiss this mandamus petition.

WHEREFORE, PREMISES CONSIDERED, Relators request that the Court dismiss the petition for mandamus, and for such other relief to which Relators may be entitled.

Respectfully submitted,

By: /s/ James M. Parker, Jr.
James M. "Jamie" Parker, Jr.
State Bar No. 15488710
Whitney Broadwater
State Bar No. 24082733
NAMAN HOWELL SMITH & LEE PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
jparker@namanhowell.com
wbroadwater@namanhowell.com
**ATTORNEYS FOR RELATORS**

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent on the 15th day of December, 2017 to the following, as shown below:

S. A. Hayden Briggle          *Via E-Service and Email*
State Bar No. 24059487
Parker P. Polan
State Bar No. 24060432
BRIGGLE & POLAN, PLLC
812 San Antonio Street, Suite 310
Austin, Texas 78701
Phone: (512) 472-1926
Fax: (512) 472-1174
hayden@brigglepolan.com
parker@brigglepolan.com
**Attorneys for Real Parties in Interest,**
**Robert Strickland and Lisa Strickland**

The Honorable Eric Sheppard          *Via CMRRR*
County Court at Law No. 2
Travis County Courthouse
100 Guadalupe, Room 211
Austin, Texas 78701
Telephone: (512) 854-9242
Facsimile: (512) 854-4724
**Respondent**

_/s/ James M. Parker, Jr._____
James M. "Jamie" Parker, Jr.

Doc# 64R2995.DOCX